William H. McIntire, Respondent, v. The National Nassau Bank of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke and Dowling, JJ.

The People of the State of New York, Respondent, v. Charles Salomon, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Annie Schweitzer, as Administratrix, etc., of William F. Schweitzer, Deceased, Respondent, v. The Union Switch and Signal Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Angelo Gandolfo, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Tompkins C. Delavan and Others, Suing on Behalf of Themselves and All Others Similarly Situated, Appellants, v. New York, New Haven and Hartford Railroad Company and Others, Respondents,— Judgment affirmed, with costs, on 154 Appellate Division, 8. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. (Laughlin, J., dissented on his former dissenting opinion.)

The People of the State of New York, Respondent, v. John E. Korndahl, Appellant. - Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. John J. Hartigan, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Barnet Fishman, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. John A. Qualey, Appellant.— Judgment and orders affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.